BOWEN v. GARDNER

No. 30 PC.

Case below: 3 N.C. App. 529.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 1 April 1969.

CRAWFORD v. BOARD OF EDUCATION

No. 16 PC.

Case below: 3 N.C. App. 343.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 March 1969.

JERNIGAN v. R. R. CO.

No. 24 PC.

Case below: 3 N.C. App. 408.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 March 1969.

PRICE v. TOMRICH CORPORATION

No. 26 PC.

Case below: 3 N.C. App. 402.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 1 April 1969.

STATE v. CHANCE

No. 20 PC.

Case below: 3 N.C. App. 459.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 March 1969.